UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

LYNN A. PARISI,

    Plaintiff,

**CASE NO.: 8:11-cv-00204-VMC-AEP**

     v.

ENCORE RECEIVABLE MANAGEMENT, INC.,
    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntary dismisses this action with prejudice.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

LYNN A. PARISI,

    Plaintiff,

**CASE NO.: 8:11-cv-00204-VMC-AEP**

    v.

ENCORE RECEIVABLE MANAGEMENT, INC.,
    Defendant.
_____/

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on March 16, 2011, I certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

                                  s/Donald A. Yarbrough
                                  Donald A. Yarbrough, Esq.

## **SERVICE LIST**

Brandee L. Bruening, Esq.
Crowe & Dunlevy, P. C.
Suite 1800
20 North Broadway
Oaklahoma City, OK 73102
Telephone: 405-235-7739
Facsimile: 405-272-5263

Via US Mail